ACCEPTED
03-15-00316-CR
7298460
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 4:24:17 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00316-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 4:24:17 PM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

---

**Heather Lauren Richards,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

---

ON APPEAL FROM THE 207th DISTRICT COURT, COMAL
COUNTY, TEXAS TRIAL COURT CAUSE NO. CR2014-091

---

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@therwinlawfirm.com
*Counsel for Heather Lauren Richards*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804


**Appellee:**

Chari Kelly
Comal County District Attorney's Office
150 N. Seguin, Suite 307
New Braunfels, Texas 78130

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5 and 38.6(d), the Appellant, Heather Lauren Richards, files this First Motion to Extend Time to File Appellant's Brief.

The Appellant's opening brief is currently due on **October 10, 2015**.

Counsel for Appellant, Heather Lauren Richards, requests a 45 day extension of time to file Appellant's brief, making the brief due on **November 24, 2015**. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1) Counsel for Appellant has been preparing for an Aggravated Sexual Assault of a Child case that was set to go to trial on October 12, 2015; however, that case was dismissed on October 6, 2015.

2) Counsel for Appellant has several other approaching jury trial settings in District and County Courts.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues

presented. This request is not sought for delay but so that justice may be done,

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant respectfully requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to **November 24, 2015.** Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,

/s/ Amanda Erwin
Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Attorney for Appellant

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that of October 8, 2015, a copy of this motion was electronically served, to the following:

Chari Kelly
Comal County District Attorney's Office
150 N. Seguin, Suite 307
New Braunfels, Texas 78130


/s/ Amanda Erwin
Amanda Erwin